**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THOMAS LEVU,

        Plaintiff,

v.                                    Case No: 6:20-cv-703-Orl-78LRH

AIR CANADA, INC.,

        Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation and Motion for Dismissal (Doc. 41), filed September 1, 2020. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on September 1, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record